## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPARA, LLC,[1] | Case No. 12-13263 (BLS) |
| Debtor. | **Re: Docket No. 1** |

## NOTICE OF FILING OF AMENDED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

PLEASE TAKE NOTICE that, on December 5, 2012, the above-captioned debtor and debtor in possession filed the attached **Amended List of Creditors Holding 20 Largest Unsecured Claims** (the "**Amended Top 20 List**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the Amended Top 20 List is a non-consolidated list.

---

[1]     The federal tax identification number for the Debtor, Spara, LLC, is 27-4636613. The location of the Debtor's corporate headquarters and the Debtor's address for service of process is 2250 Thunderstick Dr., Ste. 1203, Lexington, Kentucky 40505.

RLF1 7672157v.1

Dated: December 5, 2012
   Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

MAYER BROWN LLP
Brian Trust
Howard S. Beltzer
Frederick D. Hyman
1675 Broadway
New York, New York  10019-5820
Telephone:  (212) 506-2500
Facsimile:  (212) 262-1910

*Proposed Attorneys for the Debtor and
Debtor in Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| SPARA, LLC,[1] | |
| | Case No. 12-13263 (BLS) |
| Debtor. | |
| | Tax I.D. No. 27-4636613 |

### AMENDED LIST OF CREDITORS
### HOLDING 20 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 8 largest unsecured claims against the above-captioned debtor (the "Debtor"), which has commenced a Chapter 11 case in this Court. The list has been prepared from the unaudited books and records of the Debtor. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtor's Chapter 11 case. The list does not include (i) persons that come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 8 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. Moreover, nothing herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority and/or amount of any such claim.

| | (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|---|
| 1. | Boston Finance Group, LLC | c/o Craig Neckers Smith Haughey Rice & Roegge 101 N. Park St., Ste. 100 Traverse City, MI 49684 ph: 231-929-4878 fx: 231-929-4182 | Loan | CU | $7,269,992.26 |

---

[1]      The federal tax identification number for the Debtor, Spara, LLC, is 27-4636613. The location of the Debtor's corporate headquarters and the Debtor's address for service of process is 2250 Thunderstick Dr., Ste. 1203, Lexington, Kentucky 40505.

| | (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|---|
| 2. | Cole Taylor Bank | c/o Terry Gerlach<br>9550 West Higgins Road<br>8th Floor<br>Rosement, IL 60018<br>ph: 847-653-7550<br>fx: 847-207-2786 | Loan | CU | $1,413,055.75 |
| 3. | Patrick O'Mara | c/o Scott R. Murphy<br>Barnes & Thornburg LLP<br>171 Monroe Ave. NW<br>Ste 1000<br>Grand Rapids, MI 49503<br>ph: 616-742-3930<br>fx: 616-742-3999 | Loan | CU | $1,400,000.00 |
| 4. | SG Equipment Finance USA Corp. | c/o Kevin M. Chudler & Associates<br>26211 Central Park Blvd.<br>Suite 211<br>Southfield, MI 48076<br>ph:  248-212-8585<br>fx:  201-839-1111<br><br>&<br><br>c/o Michael Tsang<br>The Tsang Law Firm, P.C.<br>40 Wall Street<br>26th Floor<br>New York, NY 10005<br>ph:  212-227-2246<br>fx:  212-227-2265 | Trade | CUD | $593,242.00 |
| 5. | Native American Logistics Worldwide, LLC | c/o Kevin N. Summers<br>Dean & Fulkerson<br>801 W. Big Beaver Road<br>Suite 500<br>Troy, MI 48084<br>ph 248-362-1300<br>fx: 248-362-1358 | Trade | CUD | $378,073.00 |
| 6. | Con-Way Freight Inc. | c/o Timothy Carl Aires<br>Aires Law Firm<br>180 Newport Center Drive<br>Suite 260<br>Newport Beach, CA 92660<br>ph: 949-718-2020<br>fx: 949-718-2021 | Trade | CUD | $302,133.73 |

| | (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|---|
| 7. | Dell Marketing | c/o Lowri Thomas<br>3555 Timmons Lane<br>Suite 790<br>Houston, TX 77027<br>ph: 713-981-0900<br>fx: 713-772-7085 | Trade | CUD | $9,836.31 |
| 8. | U.S. Treasury Department | U.S. Department of Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220<br>ph: 202-622-2000<br>fx: 202-622-6415 | Tax | U | $7,032.09 |