## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

SPARA, LLC,[1]

              Debtor.

| |
|---|
| Chapter 11 |
| Case No. 12-13263 (BLS) |

## NOTICE OF FILING OF CREDITOR MATRIX

PLEASE TAKE NOTICE that, on December 5, 2012, the above-captioned debtor and debtor in possession filed the attached **Creditor Matrix** with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]     The federal tax identification number for the Debtor, Spara, LLC, is 27-4636613. The location of the Debtor's corporate headquarters and the Debtor's address for service of process is 2250 Thunderstick Dr., Ste. 1203, Lexington, Kentucky 40505.

RLF1 7663691v.1

Dated: December 5, 2012
      Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

MAYER BROWN LLP
Brian Trust
Howard S. Beltzer
Frederick D. Hyman
1675 Broadway
New York, New York  10019-5820
Telephone:  (212) 506-2500
Facsimile:  (212) 262-1910

*Proposed Attorneys for the Debtor and
Debtor in Possession*

Boston Finance Group, LLC
c/o Craig Neckers
Smith Haughey Rice & Roegge
101 N. Park St., Ste. 100
Traverse City, MI 49684

Cole Taylor Bank
c/o Terry Gerlach
9550 West Higgins Road
8th Floor
Rosement, IL 60018

Patrick O'Mara
c/o Scott R. Murphy
Barnes & Thornburg LLP
171 Monroe Ave. NW
Ste 1000
Grand Rapids, MI 49503

SG Equipment Finance USA Corp.
c/o Kevin M. Chudler & Associates
26211 Central Park Blvd.
Suite 211
Southfield, MI 48076

Native American Logistics Worldwide, LLC
c/o Kevin N. Summers
Dean & Fulkerson
801 W. Big Beaver Road
Suite 500
Troy, MI 48084

Con-Way Freight Inc.
c/o Timothy Carl Aires Aires Law Firm
180 Newport Center Drive Suite 260
Newport Beach, CA 92660

Stephen Gould Corporation of Columbus Ohio
861 Taylor Rd
Unit A
Columbus, OH 43230

Dell Marketing
C/O Lowri Thomas
3555 Timmons Lane

Suite 790
Houston, TX 77027

U.S. Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC  20549

Securities & Exchange Commission
Attn.: George S. Canellos
3 World Financial Center
Suite 400
New York, NY  10281-1022

Delaware State Treasury
820 Silver Lake Boulevard
Suite 100
Dover, DE  19904

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE  19903