# Exhibit D

Certificate No. C-1

# SPARA LOGISTICS, LLC

Formed under the laws of the state of Delaware

## Membership Certificate

This Certificate, C-1, certifies that Spara, LLC is the owner of 100% of the Ownership interest in Spara Logistics, LLC, transferable only on the books of the LLC by the holder hereof in person or by an attorney in fact upon the surrender of this certificate properly endorsed.

*Notice, the ability to transfer this membership certificate is controlled by state law, the company's organic documents and agreements of the current membership. This membership certificate and the interests evidenced hereby are securities under and are governed by Article 8 of the Uniform Commercial Code as enacted in the State of Delaware.*

In witness whereof, the said Spara Logistics, LLC has caused this Certificate to be signed by its duly authorized officer, effective June 7, 2011.



James O'Toole, Assistant Secretary