# Exhibit E

## WARRANT AND OPTION

This Warrant and Option ("Option") is made as of June 21, 2011 ("Effective Date"), by and among **Spara Logistics, LLC**, a Delaware limited liability company, and **Spara, LLC**, a Delaware limited liability company (collectively, "**Grantor**"), and **Boston Finance Group, LLC**, a Florida limited liability company ("**Boston**") (collectively, "**Parties**").

### R E C I T A L S

A. Boston and Spara, LLC have executed a Promissory Note, and other related documents, on the Effective Date, whereby Boston will loan to Spara, LLC Six Million Dollars ($6,000,000) for the purpose of capitalizing Spara Logistics, LLC which in turn will acquire certain capital assets currently held by Fifth Third Bank ("**Transaction**").

B. Grantor has agreed to provide Boston with the option to purchase a ten percent (10%) interest in Spara Logistics, LLC upon the occurrence of certain events or circumstances described in this Option.

Therefore, in consideration of the mutual covenants, promises, and agreements set forth in this Option, the Parties agree as follows:

1. *Stock Transfer Restriction.* Spara Logistics, LLC agrees not to transfer, and Spara, LLC agrees to not cause Spara Logistics, LLC to transfer, any of its membership interest without the prior, written consent of Boston. This restriction applies to any disposition or encumbrance, whether voluntary, involuntary, or by operation of law. Additionally, Spara, LLC agrees not to cause the issuance of any additional Spara Logistics, LLC membership interests without the prior, written consent of Boston. Any transfer or issuance in violation of this Section is null and void. Any membership interest transferred or issued with Boston's consent shall be held by the transferee subject to the provisions of this Option. Grantor consents to amendments to its Articles of Organization and/or Operating Agreements setting forth these restrictions.

2. *Option.* In consideration of the loan made in connection with the Transaction, Grantor grants to Boston the option to purchase a ten percent (10%) interest in Spara Logistics, LLC at any time before the 7th anniversary of the Effective Date.

3. *Exercise of Option.* Boston shall notify Grantor in writing of the exercise of the option. The closing shall take place within 30 days of Boston's notice. If Boston fails to exercise its option to purchase on or before the 7th anniversary of the Effective Date, Boston's option shall terminate and cease, time being of the essence.

4. *Exercise Price.* The Parties agree that the purchase price for the membership interest purchased pursuant to this Option shall be One Dollar ($1).

5. *Amendment.* This Option shall not be modified or amended except by means of a writing signed by the Parties.

6. *Termination.* This Agreement may be terminated upon the written agreement of the Parties.

7. *Governing Law.* This Agreement shall be governed by, construed, and enforced in accordance with and pursuant to the laws of the state of Florida, without regarding to its or any other jurisdiction's conflict-of-law or choice-of-law principles or rules.

8. *Legend.* An appropriate reference to this Option shall be included on all of Grantor's certificates of membership interest, if any.

9. *Specific Performance.* Grantor expressly consents to the enforcement of this Option by specific performance.

10. *Assignment; Binding Effect.* Boston may assign its rights and obligations under this Option at any time without prior notice to or consent of Grantor. This Option is binding upon the successors and assigns of Grantor. The obligations of Grantor with respect to the option granted in this Option are independent of the obligations of Grantor under and with respect to the Transaction, and such obligations with respect to the option shall remain valid and binding notwithstanding the failure of performance of, or any breach by Grantor with respect to its obligations pursuant to the Transaction.

The Parties, by their duly authorized agents, have executed this Option on the dates opposite their signatures below but effective as of the Effective Date.

**GRANTOR:**

Dated: June 21, 2011

Spara, LLC, a Delaware limited liability company

By: *[signature]*
George S. Hofmeister
Its: Authorized Agent

Spara Logistics, LLC, a Delaware limited liability company

By: *[signature]*
George S. Hofmeister
Its: Authorized Agent

**BOSTON:**

Dated: June 21, 2011

Boston Finance Group, LLC, a Florida limited liability company

By: *[signature]*
Its: Authorized Agent