# Exhibit G

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GRAND TRAVERSE

BOSTON FINANCE GROUP, LLC, a Florida limited
liability company,

        Plaintiff,

v

POWER-TEC MANUFACTURING, LLC, a Michigan
limited liability company, U.S. TOOL &
ENGINEERING, LLC, a Delaware limited liability
company, REVSTONE INDUSTRIES, LLC, a
Delaware limited liability company, REVSTONE TOOL
& ENGINEERING, LLC, a Delaware limited liability
company, f/k/a Omega TG, LLC, POWER-TEC
MANUFACTURING, LLC, a Delaware limited liability
company, SALEEN, LLC, a Delaware limited liability
company, REVSTONE TRANSPORTATION, LLC, a
Delaware limited liability company, f/k/a Cerion, LLC,
CONTECH FORGINGS, LLC, a Delaware limited
liability company, and SPARA, LLC, a Delaware limited
liability company,

        Defendants.

CASE NO. 12-28975-CK

HON. PHILIP E. RODGERS, JR.

**FINAL JUDGMENT**

---

Craig S. Neckers (P24349)
Daniel M. Morley (P43310)
Andrew J. Blodgett (P68259)
SMITH HAUGHEY RICE & ROEGGE
*Attorneys for Plaintiff*
101 N. Park St., Ste. 100
Traverse City, MI 49684
(231) 929 4878

Andrew W. Mychalowych (P39602)
Lindsay James (P66778)
SICILIANO MYCHALOWYCH & VAN DUSEN,
PLC
Attorneys for Defendants
37000 Grand River Ave., Ste. 350
Farmington Hills, MI 48335
(248) 442-0510

Thomas R. Alward (P31724)
Nicole R. Graf (P55474)
BRANDT FISHER ALWARD & PEZZETTI, P.C.
Co-Counsel for Defendants
1241 E. Eight Street/P.O. Box 5817
Traverse City, MI 49686-5817
(231) 941-9660

## FINAL JUDGMENT

At a session of said Court held in the City of Traverse City,
in said County, on April 9, 2012.

PRESENT: HON. PHILIP E. RODGERS, JR., Circuit Court Judge

Having come before the Court on Plaintiffs' Motion for Summary Disposition, the Court having had the opportunity to review the briefs and hear oral argument on April 9, 2012, and being fully advised in the premises;

IT IS HEREBY ORDERED AS FOLLOWS:

IT IS HEREBY ORDERED that Counts 8, 9, and 10 of Plaintiff's complaint are DISMISSED with prejudice.

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Disposition is GRANTED as to all remaining counts in the complaint.

IT IS HEREBY ORDERED that a Judgment in favor of Plaintiffs against Defendants is entered in the following amounts:

$4,516,000.00 [US Tool Loan Amount], jointly and severally with and amongst Defendants US TOOL & ENGINEERING, LLC, REVSTONE TOOL & ENGINEERING, LLC, and REVSTONE INDUSTRIES, LLC.

$6,986,347.17 [Power Tec Loan Amount], jointly and severally with and amongst Defendants POWER TEC MANUFACTURING, LLC, a Michigan LLC, POWER TEC MANUFACTURING, LLC, a Delaware LLC, SALEEN, LLC, REVSTONE INDUSTRIES, LLC, and REVSTONE TRANSPORTATION, LLC.

$4,805,666.62 [Contech Forgings loan amount], jointly and severally with and amongst Defendants CONTECH FORGINGS, LLC, REVSTONE INDUSTRIES, LLC, and REVSTONE TOOL & ENGINEERING, LLC.

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

$3,338,750.00 [Revstone loan amount], against REVSTONE INDUSTRIES, LLC.

$6,708,500.00 [Spara loan amount], jointly and severally with and amongst Defendants SPARA LLC and REVSTONE INDUSTRIES, LLC.

$358,201.10 [60 day loan amount], jointly and severally with and amongst Defendants POWER TEC MANUFACTURING, LLC, a Michigan LLC, POWER TEC MANUFACTURING, LLC, a Delaware LLC, SALEEN, LLC, SPARA LLC, and REVSTONE INDUSTRIES, LLC.

This Final Judgment resolves the last pending claim and closes the case. Costs are awarded to Plaintiff as the prevailing party.

Dated: April 9, 2012

_____
Hon. Philip E Rodgers, Jr.
Circuit Court Judge

4/09/12

I HEREBY CERTIFY this copy to be a true and correct copy of the original on file with the office of County Clerk.
LINDA COBURN
Grand Traverse County Clerk
By: _____
Deputy County Clerk
Date: 11/5/12

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

SHRR 2125653v1

-3-