# Exhibit I

**Boston Finance Group LLC**
**4912 Creekside Drive**
**Clearwater, Florida 33760**

November 20, 2012

*Sent Via Email and Federal Express*

James O'Toole, Esq.
Deputy General Counsel
Spara, LLC
2250 Thunderstick Drive Suite 1203
Lexington KY 40505

Dear James:

You are hereby provided notice that pursuant to the Warrant and Option dated June 11, 2011, Boston Finance Group LLC is exercising its rights to acquire 10% of Lexington Logistics, LLC immediately.

Payment of the $1 exercise price and closing will occur within 30 days hereof.

Sincerely,

Jonathan Golden
General Counsel
Boston Finance Group LLC