B6 Summary (Official Form 6 – Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re Spara, LLC
        Debtor

Case No. 12-13263 (BLS)

Chapter 11

**SUMMARY OF SCHEDULES**

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11 or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITES | OTHER |
|---|---|---|---|---|---|
| Real Property | | | $0 | | |
| Personal Property | | | $5,069,000 | | |
| Property Claimed as Exempt | | | | | |
| Creditors Holding Secured Claims | | | | $1,413,055.75 | |
| Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $0 | |
| Creditors Holding Unsecured Nonpriority Claims | | | | $10,690,317.13 | |
| Executory Contracts and Unexpired Leases | | | | | |
| Codebtors | | | | | |
| Current Income of Individual Debtor(s) | | | | | $ |
| Current Expenditures of Individual Debtor(s) | | | | | $ |
| **TOTAL** | | | $5,069,000.00 | $12,103,372.88 | |

RLF1 3563295v.1

6 BE (Official Form 6E) (4/10) - Cont.


B6A (Official Form 6A) (12/07)

In re: __Spara, LLC_____    Case No. __12-13263_____
                            **Debtor**                                                    **(If known)**

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit  If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property.

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total → | | |

(Report also on Summary of Schedules)

RLF1 3563295v.1

6 BE (Official Form 6E) (4/10) - Cont.

B 6B (Official Form 6B) (12/07)

In re: __Spara, LLC__     Case No. __12-13263__
          **Debtor**                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None " If' additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

**Do not list interests in executory contracts and unexpired leases on this schedule,. List them in Schedule G - Executory Contracts and Unexpired Leases**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property " If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as :A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6. Wearing apparel | X | | | |
| 7. Furs and jewelry | X | | | |
| 8. Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached exhibit B-9 | | Unknown |
| 10. Annuities. Itemize and name each issuer | X | | | |
| 11. Interests in an education IRA as defined in 26 USC § 530(6)(1) or under a qualified State | X | | | |

6 BE (Official Form 6E) (4/10) - Cont.

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| tuition plan as defined in 26 U S C § 529(b)(1) Give particulars.  (File separately the record(s) of any such interest(s).  11 U S C § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | T Cast Holdings, LLC | | $6,059,000 |
| | | Lexington Logistics, LLC | | $7,215,000 |
| | | Fairfield Castings, LLC | | $13,652,000 |
| | | RPM-Tec, LLC | | $(21,857,000) |
| | | Plant One Properties, LLC | | $0 |
| 14  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or maybe entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property | X | | | |
| 20  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Claims/counterclaims against Boston Finance Group, LLC for, among other things, lender liability, usury, and breach of fiduciary duty | | Unknown |
| 22  Patents copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general | X | | | |

RLF1 3563295v.1

6 BE (Official Form 6E) (4/10) - Cont.

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| intangibles. Give particulars. | | | | |
| 24  Customer lists or other compilations containing personally identifiable information (as defined in 11 U S C § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories | X | | | |
| 26. Boats motors, and accessories | X | | | |
| 27. Aircraft and accessories | X | | | |
| 28. Office equipment furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | ____ Continuation sheets attached     Total ➔ (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.) | | $5,069,000 |

**EXHIBIT B-9**
**Interests in Insurance Policies**

| TYPE OF COVERAGE | CARRIER | POLICY TERM | POLICY NUMBER | COVERAGE TERRITORY | POLICY LIMITS |
|---|---|---|---|---|---|
| Master General Liability | Travelers (1) | 12/29/12 - 12/29/13 | 630 291D4776 | USA | $1,000,000 per occurrence |
| Workers Compensation | Travelers Commercial (3) | 12/29/12 - 12/29/13 | UB 291D4868 | USA | Statutory by State/$1,000,000 EL |
| Global Difference in Conditions/Limits | Travelers (1) | 12/29/12 - 12/29/13 | ZPP-12S22317 | Worldwide | $1,000,000 per occurrence |
| Umbrella Liability | Travelers (1) | 12/29/12 - 12/29/13 | CUP 291D4776 | Worldwide | $25,000,000 per occurrence |
| Executive Risk Management Liability | Federal Insurance (2) | 12/29/12 - 12/29/13 | 82110568 | Worldwide | $5MM D&O/EPL/Fiduciary, $1MM Crime |
| Employed Lawyers Professional | Federal Insurance (2) | 12/29/12 - 12/29/13 | 82251145 | Worldwide | $1,000,000 |

**CARRIER MAILING ADDRESSES:**

(1) Travelers Property Casualty Company of America, One Tower Square, Hartford CT 06183

(2) Federal Insurance Company (Chubb), 15 Mountain View Road, Warren NJ 07059

(3) Travelers Commercial Casualty Company, One Tower Square, Hartford CT 06183

RLF1 3563295v.1

6 BE (Official Form 6E) (4/10) - Cont.

**In re:** **Spara, LLC**                                        **Case No. 12-13263**
                    **Debtor**                                                              **(If known)**

### SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $146,450.

(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| N/A | | | |

6 BE (Official Form 6E) (4/10) - Cont.

In re: __Spara, LLC_____                    Case No. __12-13263_____
                           **Debtor**                                                                                                    **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

RLF1-3234264-1

6 BE (Official Form 6E) (4/10) - Cont.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*SEE INSTRUCTIONS ABOVE*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **COLE TAYLOR BANK**<br><br>**C/O TERRY GERLACH**<br><br>**9550 WEST HIGGINS ROAD, 8TH FLOOR**<br><br>**ROSEMENT, IL 60018** | | | **OCTOBER 28, 2010, SECURITY GIVEN IS A PLEDGE OF THE DEBTOR'S MEMBERSHIP INTEREST IN T CAST HOLDINGS, LLC**<br><br>VALUE $ | X | X | | $1,413,055.75 | NONE |
| ____ CONTINUATION SHEETS ATTACHED | | | SUBTOTAL ►<br>(TOTAL OF THIS PAGE) | | | | $ | $ |
| | | | TOTAL ►<br>(USE ONLY ON LAST PAGE) | | | | $1,413,055.75 | $ |
| | | | | | | | (REPORT ALSO ON SUMMARY OF SCHEDULES). | (IF APPLICABLE, REPORT ALSO ON STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA.) |

RLF1-3234264-1

6 BE (Official Form 6E) (4/10) - Cont.

In re:    Spara, LLC                                              Case No. 12-13263
            **Debtor**                                                                    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H","W","J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

X    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

RLF1-3234264-1

6 BE (Official Form 6E) (4/10) - Cont.

**In re:**    Spara, LLC                                         **Case No.** 12-13263

                Debtor

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*  *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

RLF1-3234264-1

6 BE (Official Form 6E) (4/10) - Cont.

**In re Spara, LLC**                                                                                              **Case No. 12-13263**
           **Debtor**                                                                                                                            **(If known)**

### SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

RLF1-3234264-1

6 BE (Official Form 6E) (4/10) - Cont.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (SEE INSTRUCTIONS ABOVE) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **BOSTON FINANCE GROUP, LLC** C/O CRAIG NECKERS, SMITH HAUGHEY RICE & ROEGGE 101 N. PARK ST., SUITE 100 TRAVERSE CITY, MI 49684 | X | | 04/09/2012, DEBTOR AGREED TO PAY INTEREST TO CREDITOR IN CONSIDERATION OF A LOAN GIVEN BY THE CREDITOR. CLAIM IS SUBJECT TO SETOFF. | X | X | X | $8,000,000 |
| **PATRICK O'MARA** C/O SCOTT R. MURPHEY, BARNES & THORNBURG, LLP 171 MONROE AVE. NW, SUITE 100, GRAND RAPIDS, MI 49503 | X | | 04/15/2011, DEBTOR AGREED TO PAY CLAIM IN CONSIDERATION OF CREDITOR'S FORBEARANCE FROM COLLECTION EFFORTS AGAINST CERTAIN OF DEBTOR'S AFFILIATES. | X | X | | $1,400,000 |
| **SG EQUIPMENT FINANCE USA CORP.** C/O KEVIN M. CHUDLER & ASSOCIATES 26211 CENTRAL PARK BLVD., SUITE 211 SOUTHFIELD, MI 48076 | X | | 07/20/2011, DEBTOR AGREED TO PAY CLAIM IN CONSIDERATION OF CREDITOR CONTINUING TO LEASE EQUIPMENT TO DEBTOR'S SUBSIDIARY | X | X | X | $593,242 |

6 BE (Official Form 6E) (4/10) - Cont.

| Creditor | | | Description | | | | Amount |
|---|---|---|---|---|---|---|---|
| **NATIVE AMERICAN LOGISTICS WORLDWIDE, LLC**<br><br>C/O KEVIN SUMMERS<br><br>801 W. BIG BEAVER ROAD<br><br>SUITE 500<br><br>TROY, MI 48084 | X | | DATE NOT ASCERTAINABLE, NO CONSIDERATION GIVEN FOR CLAIM | X | X | X | $378,073 |
| **CON-WAY FREIGHT INC.**<br><br>C/O TIMOTHY CARL AIRES, AIRES LAW FIRM<br><br>180 NEWPORT CENTER DRIVE, SUITE 260<br><br>NEWPORT BEACH, CA 92660 | X | | DATE NOT ASCERTAINABLE, NO CONSIDERATION GIVEN FOR CLAIM | X | X | X | $302,133.73 |
| **DELL MARKETING**<br><br>C/O LOWRI THOMAS<br><br>3555 TIMMONS LANE, SUITE 790<br><br>HOUSTON, TX 77027 | | | TRANSACTIONS OCCURRED DURING 2010 OR 2011, DEBTOR AGREED TO ACCEPT GOODS AND SERVICES FROM CREDITOR IN EXCHANGE FOR CASH PAYMENTS | X | X | X | $9,836.31 |
| **U.S. Department of Treasury**<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220 | | | | | X | X | $7,032.09 |

RLF1-3234264-1

6 BE (Official Form 6E) (4/10) - Cont.

| | |
|---|---|
| SUBTOTAL ► | $10,690,317.13 |
| TOTAL ► <br> (USE ONLY ON LAST PAGE OF THE COMPLETED SCHEDULE F.) <br><br> (REPORT ALSO ON SUMMARY OF SCHEDULES AND, IF APPLICABLE, ON THE STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA..) | $10,690,317.13 |

RLF1-3234264-1

6 BE (Official Form 6E) (4/10) - Cont.

In re **Spara, LLC**                                                      Case No. **12-13263**
        **Debtor**                                                                      **(If known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Gratiot 26 Mile Industrial 1, LLC<br>26950 Twenty Three Mile Road<br>Chesterfield, MI 48051 | Holdover tenancy for commercial real property located at 31271, 31281, 31291 Comcast Drive, New Haven, MI 48048 |
| | |
| | |

RLF1-3234264-1

6 BE (Official Form 6E) (4/10) - Cont.

**In re Spara, LLC**                                           Case No. **12-13263**

## SCHEDULE H – CODEBTORS

  Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's name and the name of the address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Revstone Industries, LLC<br>2250 Thunderstick Drive, Suite, 1203<br>Lexington, KY 40505 | Boston Finance Group, LLC<br>C/O Craig Neckers, Smith Haughey Rice & Roegge<br>101 N. Park St., Ste. 100<br>Traverse City, MI 49684<br>Phone: 231-929-4878 |
| Revstone Industries, LLC<br>US Tool & Engineering, LLC<br>2250 Thunderstick Drive, Suite, 1203<br>Lexington, KY 40505 | Patrick O'Mara<br>C/O Scott R. Murphy, Barnes & Thornburg LLP<br>171 Monroe Ave. NW, Ste 1000<br>Grand Rapids, MI 49503<br>Phone: 616-742-3930 |
| Revstone Industries, LLC<br>Power-Tec Manufacturing, LLC<br>2250 Thunderstick Drive, Suite, 1203<br>Lexington, KY 40505 | SG Equipment Finance USA Corp.<br>C/O Kevin M. Chudler & Associates<br>26211 Central Park Blvd., Suite 211,<br>Southfield, MI 48076<br>& Michael Tsang<br>Phone: 212-227-2246 |
| Revstone Industries, LLC<br>Plant One Properties, LLC<br>RPM Towing, LLC<br>2250 Thunderstick Drive, Suite, 1203<br>Lexington, KY 40505 | Native American Logistics Worldwide, LLC<br>C/O Kevin N. Summers<br>801 W. Big Beaver Road, Suite 500<br>Troy, MI 48084<br>Phone:  248-362-1300 |
| Revstone Industries, LLC<br>RPM Towing, LLC<br>2250 Thunderstick Drive, Suite, 1203<br>Lexington, KY 40505 | Con-Way Freight Inc.<br>C/O Timothy Carl Aires, Aires Law Firm<br>180 Newport Center Drive, Suite 260<br>Newport Beach, CA 92660 |

RLF1-3234264-1

6 BE (Official Form 6E) (4/10) - Cont.

| | |
|---|---|
| Revstone Industries, LLC<br>2250 Thunderstick Drive, Suite, 1203<br>Lexington, KY 40505 | Dell Marketing<br>C/O Lowri Thomas<br>3555 Timmons Lane, Suite 790<br>Houston, TX 77027<br>Phone: 713-981-0900<br>Fax:  713-772-7085 |

RLF1-3234264-1

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Spara, LLC                          ,
           Debtor

Case No.  12-13263 (BLS)
              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                         Debtor

Date _____     Signature: _____
                                                         (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     Social Security No.
Printed or Typed Name and Title, if any,     (Required by 11 U.S.C. § 110.)
of Bankruptcy Petition Preparer

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  Chief Financial Officer  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  Limited Liability Company  [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  18  sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  01/10/2013

Signature: _Jan A. Ackley_
           Jan Ackley, Chief Financial Officer, Acting
           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.