IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, | ) | Case No. 12-13262 (BLS) |
| | ) | **Related to Docket Nos. 140 and 141** |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPARA, LLC, | ) | Case No. 12-13263 (BLS) |
| | ) | **Related to Docket Nos. 51 and 52** |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREENWOOD FORGINGS, LLC, | ) | Case No. 13-10027 (BLS) |
| | ) | **Related to Docket Nos. 59 and 60** |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| US TOOL AND ENGINEERING, LLC, | ) | Case No. 13-10028 (BLS) |
| | ) | **Related to Docket Nos. 12 and 13** |
| Debtor, | ) | |
| | ) | |

**ORDER FIXING HEARING DATE AND SHORTENING TIME TO OBJECT OR RESPOND TO MOTION OF THE DEBTORS FOR ORDER DIRECTING JOINT ADMINISTRATION OF RELATED <u>CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY</u>**

Upon the motion (the "Motion to Shorten") of the Debtors for entry of an order fixing a hearing date and shortening the time to object or respond to the *Motion of the Debtors for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes*

DOCS_DE:185532.1 73864/001

*Only* (the "Joint Administration Motion")[2]; and it appearing that the relief sought in the Motion to Shorten is appropriate under the circumstances;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted;

2. The hearing on the Joint Administration Motion is scheduled for February 6, 2013 at 10:30 a.m. (Eastern time).

3. Any objections or responses to the Joint Administration Motion must be made no later than 12:00 Noon (Eastern time) on February 4, 2013.

4. Immediately after the entry of this Order, counsel for the Debtors shall serve a copy of this Order and notice of the Joint Administration Motion on parties originally served with the Motion to Shorten in the manner described in the Motion to Shorten.

Dated: January 29, 2013

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Joint Administration Motion.