IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPARA, LLC, | ) | Case No. 12-13263 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF DEPOSITION OF LEO GOVONI OF BOSTON FINANCE GROUP, LLC PURSUANT TO FED. R. CIV. PROC. 30

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, made applicable herein by Federal Rules of Bankruptcy Procedure 7030 and 9014, the above-captioned debtor and debtor in possession (the "Debtor") will take the deposition upon oral examination of Leo Govoni of Boston Finance Group, LLC ("BFG") in connection with *Boston Finance Group, LLC's Motion for Modification of the Automatic Stay and for Adequate Protection* [Docket No. 33], filed on January 10, 2013 in this case, and any declarations or documents submitted in support thereof.

**PLEASE TAKE FURTHER NOTICE** that the deposition will commence on a date to be mutually agreed upon by counsel following BFG's production of documents requested by the Debtor. Once a date has been determined, the deposition will begin at 9:30 a.m. at the offices of Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899. The deposition will be recorded by stenographic means by a licensed court reporter. Consistent with the time limits under the Federal Rules of Bankruptcy Procedure, the deposition will continue from day to day until completed. The deposition also will be recorded by real time transcription, using the Live Notes program.

Dated: January 31, 2013

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ signature*

Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
Maxim B. Litvak (CA Bar No. 215852)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
   akornfeld@pszjlaw.com
   mlitvak@pszjlaw.com
   tcairns@pszjlaw.com

[Proposed] Counsel for Debtor and
Debtor in Possession