**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SPARA, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 12-13263 (BLS)<br><br>**Related Docket No. 33** |

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF REVSTONE INDUSTRIES, LLC TO BOSTON FINANCE GROUP, LLC'S MOTION FOR MODIFICATION OF THE AUTOMATIC STAY AND FOR ADEQUATE PROTECTION**

The Official Committee of Unsecured Creditors (the "Committee") of Revstone Industries, LLC ("Revstone"), by and through its undersigned proposed counsel, hereby reserves its rights with respect to Boston Finance Group, LLC's ("BFG") Motion for Modification of the Automatic Stay and for Adequate Protection (Docket No. 33) (the "Stay Relief Motion"). In support, the Committee respectfully states as follows:

**FACTUAL BACKGROUND**

1. On December 3, 2012, Revstone Industries, LLC ("Revstone") and Spara, LLC ("Spara") each commenced a case by filing a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "Bankruptcy Code").

---

[1] The Debtor in this case is Spara, LLC (Tax I.D. No. 27-4636613).

2. Spara and Revstone continue to operate their respective businesses and manage their respective properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. Although a motion for joint administration was filed on January 28, 2013 (Docket No. 51), the Spara and Revstone cases are currently being administered separately.

3. No trustee or examiner has been appointed in either bankruptcy case.

4. On December 17, 2012, the United States Trustee for Region 3 appointed the Committee in the Revstone case, which consists of the following members: Boston Finance Group, LLC; Schoeller Arca Systems, Inc.; Patrick J. O'Mara; Thule Holding, Inc.; and Pension Benefit Guaranty Corp. On December 17, 2012, the Committee selected Womble Carlyle Sandridge & Rice, LLP, as its counsel. On December 19, 2012, the Committee selected FTI Consulting, Inc. as its financial advisor.

5. On January 10, 2013, BFG filed the Stay Relief Motion, pursuant to which BFG seeks relief from the automatic stay in order to allow BFG to exercise its alleged rights with respect to Spara's membership interest in Lexington Logistics, LLC, and to facilitate the disposition of such membership interest pursuant to the procedures described in the Stay Relief Motion.

**RESERVATION OF RIGHTS**

6. To date, the Committee has not received adequate information (including, among other things, information regarding the value of the membership interest at issue, and the business justification for the disposition of such interest) that would allow the Committee to take a position with respect to the Stay Relief Motion. However, the Committee is concerned that the sale procedures proposed by BFG contemplate BFG serving multiple, potentially conflicting roles in the proposed sale process.

7. The Committee hopes that it will be in a better position to analyze the merits of the Stay Relief Motion at the time of the hearing. However, the Committee files this Reservation of Rights out of an abundance of caution, in order to reserve the Committee's right to assert written objections with respect to the Stay Relief Motion and/or to raise any objections to the Stay Relief Motion at the time of the hearing, to the extent that such objections are not resolved consensually prior to the hearing.

| | |
|---|---|
| Dated: February 4, 2013 | **WOMBLE CARLYLE SANDRIDGE & RICE, LLP** |
| | /s/ Matthew P. Ward |
| | Matthew P. Ward (DE Bar No. 4471) |
| | Steven K. Kortanek (DE Bar. No. 3106) |
| | Mark L. Desgrosseilliers (DE Bar No. 4083) |
| | 222 Delaware Avenue, Ste. 1501 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 252-4320 |
| | Facsimile: (302) 661-7738 |
| | E-mail: maward@wcsr.com |
| | E-mail: skortanek@wcsr.com |
| | E-mail: mdesgrosseilliers@wcsr.com |
| | *Proposed Counsel for the Official Committee of Unsecured Creditors of Revstone Industries, LLC* |