IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPARA, LLC, | ) | Case No. 12-13263 (BLS) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREENWOOD FORGINGS, LLC, | ) | Case No. 13-10027 (BLS) |
| | ) | |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| US TOOL AND ENGINEERING, LLC, | ) | Case No. 13-10028 (BLS) |
| | ) | |
| Debtor, | ) | |

**NOTICE OF AGENDA FOR HEARING ON MATTERS
SCHEDULED FOR FEBRUARY 6, 2013 AT 10:30 A.M. BEFORE
THE HONORABLE BRENDAN L. SHANNON AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR,
COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**[1]

**UNCONTESTED MATTER WITH
CERTIFICATION OF COUNSEL:**

1.  Motion of the Official Committee of Unsecured Creditors for an Order Establishing Procedures for Compliance with 11 U.S.C. Section 1102(b)(3)(A) and Retention of UpShot Services LLC as Website Administration Agent in Connection Therewith (Filed 1/18/13) [Revstone Docket No. 133].

---

[1] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.
DOCS_DE:185620.1 73864/001

Objection Deadline:  January 30, 2013 at 4:00 p.m. Extended to February 1, 2013 at 4:00 p.m. with respect to the Debtor.

Response(s):  Informal comments received from the Debtor.

Related Document(s):

A.  Certification of Counsel (Filed 2/4/13) [Docket No. 155].

Status:  A Certification of Counsel has been filed and submitted to chambers together with the proposed form of revised order and a blacklined order. This matter will not be going forward unless otherwise directed by the Court.

**UNCONTESTED MATTERS:**

2.  Motion of the Debtors for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only (Filed 1/28/13) [Respective Docket Nos. 140, 51, 59, 12].

    Objection Deadline:  February 4, 2013, at 12:00 Noon.

    Response(s):  None.

    Related Document(s):

    A.  Order Fixing Hearing Date and Shortening Time to Object or Respond to Motion of the Debtors for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only (Entered 1/29/13) [Respective Docket Nos. 142, 53, 61, 14].

    B.  Notice of Motion of the Debtors for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only (Filed 1/29/13) [Respective Docket Nos. 144, 55, 62, 15].

    Status:  The hearing on this matter will be going forward.

3.  Application Pursuant to Rule 2014(a) for Order Under Bankruptcy Code Sections 328(a) and 1103 Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 19, 2012 (Filed 1/15/13) [Revstone Docket No. 122].

    Objection Deadline:  January 30, 2013 at 4:00 p.m. Extended to February 4, 2013 at 6:00 p.m. with respect to the Debtor.

    Response(s):  Informal comments received from the United States Trustee (the "U.S. Trustee"), and the Debtor.

2

Related Document(s): None.

Status: The Committee has resolved the informal comments received from the U.S. Trustee. If the comments received from the Debtor are resolved prior to the hearing, the Committee will submit a proposed form of order under certification of counsel. In the event the Debtor's comments are not resolved, the hearing on this matter will be going forward.

**CONTESTED MATTERS:**

4.   Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice LLP as Counsel *Nunc Pro Tunc* to December 17, 2012 (Filed 1/15/13) [Revstone Docket No. 121].

   Objection Deadline: January 30, 2013 at 4:00 p.m.

   Response(s):

   A.   Objection of George S. Hofmeister to Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice LLP as Counsel *Nunc Pro Tunc* to December 17, 2012 (Filed 1/30/13) [Revstone Docket No. 145].

   Related Document(s):

   A.   Supplemental Declaration in Support of the Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandrige & Rice LLP as Counsel *Nunc Pro Tunc* to December 17, 2012 (Filed 2/4/13) [Docket No. 154].

   Status: The hearing on this matter will be going forward.

5.   Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Fed. R. Bankr. P/ 2004 and Del. Bankr. L.R. 2004-1, Directing the Trustee of the Scott R. Hofmeister Irrevocable Trust, Megan G. Hofmeister Irrevocable Trust, and Jamie S. Hofmeister Irrevocable Trust to Produce Documents and to Appear for Deposition Upon Oral Examination (Filed 1/18/13) [Revstone Docket No. 134].

   Objection Deadline: January 30, 2013 at 4:00 p.m.

Response(s):

A. Objection of the Scott R. Hofmeister Irrevocable Trust, Megan G. Hofmeister Irrevocable Trust, and Jamie S. Hofmeister Irrevocable Trust to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1, Directing the Trustee of the Scott R. Hofmeister Irrevocable Trust, Megan G. Hofmeister Irrevocable Trust, and Jamie S. Hofmeister Irrevocable Trust to Produce Documents and to Appear for Deposition Upon Oral Examination (Filed 1/30/13) [Revstone Docket No. 146].

Replies:

A. Omnibus Reply of the Official Committee of Unsecured Creditors In Support of Its (I) Motion for Entry of an Order, Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1, Directing Ascalon Enterprises, LLC to Produce Documents and to Appear for Deposition Upon Oral Examination and (II) Motion for Entry of an Order, Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1, Directing the Trustee of the Scott R. Hofmeister Irrevocable Trust, Megan G. Hofmeister Irrevocable Trust, and Jamie S. Hofmeister Irrevocable Trust to Produce Documents and to Appear for Deposition Upon Oral Examination (Filed 2/1/13) [Docket No. 153].

Related Document(s): None.

Status: The hearing on this matter will be going forward.

6. Motion of the Official Committee of Unsecured Creditors for Entry of an Order, Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1, Directing Ascalon Enterprises, LLC to Produce Documents and to Appear for Deposition Upon Oral Examination (Filed 1/18/13) [Revstone Docket No. 135].

Objection Deadline: January 30, 2013 at 4:00 p.m.

Response(s):

A. Objection of Ascalon Enterprises, LLC to Motion of the Official Committee of Unsecured Creditors for Entry of an Order, Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1, Directing Ascalon Enterprises, LLC to Produce Documents and to Appear for Deposition Upon Oral Examination (Filed 1/30/13) [Revstone Docket No. 147].

4

Replies:

A.  Omnibus Reply of the Official Committee of Unsecured Creditors In Support of Its (I) Motion for Entry of an Order, Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1, Directing Ascalon Enterprises, LLC to Produce Documents and to Appear for Deposition Upon Oral Examination and (II) Motion for Entry of an Order, Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L.R. 2004-1, Directing the Trustee of the Scott R. Hofmeister Irrevocable Trust, Megan G. Hofmeister Irrevocable Trust, and Jamie S. Hofmeister Irrevocable Trust to Produce Documents and to Appear for Deposition Upon Oral Examination (Filed 2/1/13) [Docket No. 153].

Related Document(s): None.

Status: The hearing on this matter will be going forward.

**STATUS CONFERENCE:**

7.  Boston Finance Group, LLC's Motion for Modification of the Automatic Stay or Adequate Protection (Filed 1/10/13) [Spara Docket No. 33].

    Objection Deadline: January 30, 2013 at 4:00 p.m. Extended to February 4, 2013 at 10:00 a.m. with respect to the Official Committee of Unsecured Creditors

    Response(s):

    A.  Preliminary Objection of the Debtor to Boston Finance Group LLC's Motion for Modification of the Automatic Stay and for Adequate Protection (Filed 1/31/13) [Spara Docket No. 60].

    B.  Reservation of Rights of the Official Committee of Unsecured Creditors of Revstone Industries, LLC to Boston Finance Group LLC's Motion for Modification of the Automatic Stay and for Adequate Protection (Filed 2/4/13) [Docket No. 66].

    Related Document(s):

    A.  Declaration of Jonathan Golden in Support of Boston Finance Group LLC's Motion for Modification of the Automatic Stay and for Adequate Protection (Filed 1/10/13) [Spara Docket No. 34].

<u>Status</u>: The hearing on this matter will be going forward as a status and scheduling conference.

Dated: February 4, 2013

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      dbertenthal@pszjlaw.com
      tcairns@pszjlaw.com

[Proposed] Counsel to the Debtor and Debtor in Possession