IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, | ) | Case No. 12-13262 (BLS) |
| | ) | **Related to Docket No. 140** |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPARA, LLC, | ) | Case No. 12-13263 (BLS) |
| | ) | **Related to Docket No. 51** |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GREENWOOD FORGINGS, LLC, | ) | Case No. 13-10027 (BLS) |
| | ) | **Related to Docket No. 59** |
| Debtor, | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| US TOOL AND ENGINEERING, LLC, | ) | Case No. 13-10028 (BLS) |
| | ) | **Related to Docket No. 12** |
| Debtor, | ) | |
| | ) | |

**ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED
CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY**

This matter coming before the Court on the *Motion of the Debtors for Order*

*Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only* (the

"Motion")[1] filed by the debtors and debtors in possession in the captioned chapter 11 cases

(collectively, the "Debtors"); the Court having reviewed the Motion; the Court finding that: (a)

jurisdiction over this matter is proper pursuant to 28 U.S.C. §§ 1334 and 157; (b) the Debtors are

---

[1] Capitalized terms not defined herein retain the meaning assigned to them in the Motion.
DOCS_DE:185383.1 73864/001

"affiliates" within the meaning of section 101(2) of the Bankruptcy Code; (c) the joint administration of the Debtors' cases for procedural purposes is appropriate pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 1015-1; and (d) service and notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

### IT IS HEREBY ORDERED THAT:

1.     The Motion is hereby GRANTED.

2.     The captioned chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court.  Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the captioned cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

DOCS_DE:185383.1 73864/001

3.      The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al., [1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
|         Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1]   The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

4.      In addition, the Debtors request that the Court direct the Clerk to make a notation substantially similar to the following on the docket of each Debtor:

An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the chapter 11 cases listed below for procedural purposes only. The docket in Case No. 12-13262(BLS) should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order: Revstone Industries, LLC, Case No. 12-13262; Spara, LLC, Case No. 12-13263; Greenwood Forgings, LLC, Case No. 13-10027; and US Tool and Engineering, LLC, Case No. 13-10028.

5.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned chapter 11 cases.

DOCS_DE:185383.1 73864/001

6.    This Order shall be without prejudice to the rights of the Debtors to seek

entry of an order substantively consolidating their respective cases.

Dated: ___2|6___ , 2013

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge

4